# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SEALS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | ) 1:11cv01933 DLB PC<br>)<br>)<br>) ORDER TO SHOW CAUSE<br>) WHY ACTION SHOULD<br>) NOT BE DISMISSED<br>)<br>)<br>) **TWENTY DAY DEADLINE**<br>) |

　　　　Plaintiff Anthony Seals ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 21, 2011. On January 16, 2013, Plaintiff's mail was returned to this Court by the United States Postal Service with a notation, "Unavailable, Refused."

　　　　Pursuant to Local Rule 183(b), a party appearing *in propria persona* is required to keep the Court apprised of his or her current address at all times. Local Rule 183(b) provides, in pertinent part:

> If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

1

1  In the instant case, more than sixty-three days have passed since Plaintiff's mail was returned, and he has not notified the Court of a current address.

Plaintiff is therefore ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute.  Plaintiff must file a response to this order within twenty (20) days of the date of service of this order.

<u>Failure to follow this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

   Dated:   __**March 29, 2013**__                             /s/ *Dennis L. Beck*
                                                                                   UNITED STATES MAGISTRATE JUDGE